FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 19 2018

JAMES N. HATTEN, Clerk
By: J. Brannon, Deputy Clerk

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

MATTHEW WASHINGTON

(Enter above the full name and prisoner identification number of the plaintiff, GDC number if a state prisoner.)

1:18-CV-2974

-vs-

THE MR. O.J. SIMPSON

(Enter above the full name of the defendant(s).)

I. **Previous Lawsuits**

  A. Have you filed other lawsuits in federal court while incarcerated in any institution?

     Yes ( )   No ( )

  B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

     1. Parties to this previous lawsuit:

        Plaintiff(s): _____

        Defendant(s): _____

     2. Court (name the district): _____

     3. Docket Number: _____

Rev. 12/5/07

I. **Previous Lawsuits (Cont'd)**

    4. Name of judge to whom case was assigned: _____

    5. Did the previous case involve the same facts?

        Yes ( )   No ( )

    6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

        _____

    7. Approximate date of filing lawsuit: _____

    8. Approximate date of disposition: _____

II. **Exhaustion of Administrative Remedies**
Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

    A. Place of Present Confinement: _____

    B. Is there a prisoner grievance procedure in this institution?

        Yes ( )   No ( )

    C. Did you present the facts relating to your complaint under the institution's grievance procedure?

        Yes ( )   No ( )

    D. If your answer is YES:
        1. What steps did you take and what were the results?

        _____

        2. If your answer is NO, explain why not: _____

III. **Parties**
(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: _____

_____

_____

Address(es): _____

_____

_____

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): _____

_____

Employed as _____

at _____

IV. **Statement of Claim**
State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

IN LIGHT OF NEW EVIDENCE, WE KNOW THAT MR SIMPSON did KILLED HIS WIFE.
HE SHOULD BE JUDGED INSANE FOR HIS INANITY.

## IV. Statement of Claim (Cont'd)

## V. Relief
State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

UNdER LigHt OF NEW EVIdENcE, MR. O.J. SIMPSON shouLd bE REtRIEd.

Rev. 12/5/07

## V. Relief (Cont'd)

_____

Signed this __13__ day of __JUNE__, 20__18__

_____
Signature of Plaintiff

STATE OF __GA__
COUNTY (CITY) OF _____

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON __6-18-2018__
(Date)

_____
Signature of Plaintiff

## PRISONER'S GUIDE TO FILING A CIVIL CASE
## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

### Types of Civil Suits:

**42 U.S.C. § 1983:** Action against a person who has acted under color of state law such as a state official or employee for violation of plaintiff's federal constitutional rights.

**Bivens:** Action against a person who has acted under color of federal law such as a federal official or employee for violation of plaintiff's federal constitutional rights.

**28 U.S.C. § 1331:** Federal question jurisdiction. An action which involves a federal statutory or constitutional question.

**28 U.S.C. § 1332:** Diversity jurisdiction. The plaintiff must be a citizen of a different state than all of the defendants and the matter in controversy must exceed the sum or value of $75,000.00.

### How to File a Civil Rights Action:

**42 U.S.C. § 1983 and Bivens:** Must be filed on a § 1983 or Bivens complaint form available from the Office of the Clerk of Court.

**NOTE:** A prisoner may not file a § 1983 or Bivens action in this Court until available administrative remedies have been exhausted. 42 U.S.C. § 1997(e)(a).

### All Other Civil Suits:
**Including 28 U.S.C. § 1332** No forms are available. Plaintiff must draft his/her own complaint which must include: (1) name and address of the plaintiff, (2) name and address of the defendant(s); (3) brief statement of legal claims. LEGAL AUTHORITIES AND CITATIONS ARE NOT REQUIRED. If the petitioner must include legal citations, he should do so in a separate memorandum; (4) clear and concise statement of the specific facts involved; (5) statement of relief being sought; and(6) statement of basis for federal court jurisdiction.

Rev. 6/27/13

### Number of Copies Required:

Any document or civil action submitted to the Clerk's office that is not accompanied by the correct number of duplicate copies will not be accepted for filing by this Court. These copies may be photocopies, carbon copies, or handwritten copies provided they are an exact duplicate of the original and are legible.

*Civil Complaints where the United States is NOT a party:*
The original and one copy for each defendant.

*Civil Complaints where the United States is a party:*
The original, one copy for each defendant, and two additional copies for service upon the United States Attorney and the United States Attorney General.

### Consent to Jurisdiction by a United States Magistrate Judge:

After a case is opened, all parties will receive a Consent to Jurisdiction by a United States Magistrate Judge form. Please read and follow the instructions on the back of the form. NOTE: This form should be returned to the Clerk of the Court only upon consent of **ALL** of the parties. If you desire to have your case tried before a United States Magistrate Judge, you should sign the form and forward it to the defendant(s) for consideration.

### After a Case is Filed and Docketed:

All civil complaints must be answered by the defendant(s) within 20 days from the date of service (60 days for United States defendants) or responded to by appropriate motion, including motions to dismiss or motions for summary judgment. (Responses to motions must be filed within 10 days, 20 days for summary judgment motions.) The discovery period begins upon the filing of the answer and expires four months thereafter. Local Rule 225-1(a). Civil trials are held after expiration of the discovery period. It is during the discovery period that the plaintiff may request from the defendant(s) any relevant information necessary to his/her case. See Rules 26-27 of the Federal Rules of Civil Procedure for methods of discovery.

### Where to File Pleadings:

**Do NOT send papers concerning your case directly to the judge.** The complaint and other pleadings must be delivered or mailed to:

Mailing Address:   Office of the Clerk
2211 U.S. Courthouse
75 Spring Street SW
Atlanta, GA 30303-3361

**Filing fees:**

All civil actions:            $400.00

**In Forma Pauperis:**

If you cannot afford to pay the required filing fee, you must request to proceed in forma pauperis. To do so, you must include a completed Affidavit in Support of Request to Proceed In Forma Pauperis. If the Court approves this request it may require you to pay an initial partial filing fee of 20 percent of the greater of (1) the average monthly deposits to the prisoner's account for the six-month period immediately preceding the filing of the lawsuit, or (2) the average monthly balance in the prisoner's account for the same six-month period. 28 U.S.C. § 1915(b)(1). A prisoner cannot be prohibited from bringing a civil action because the prisoner cannot pay the initial partial filing fee. 28 U.S.C. § 1915(b)(4).

After the prisoner has paid the initial partial filing fee (or the initial partial filing fee has been waived) the prisoner is required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account. 28 US.C. § 1915(b)(2). The agency having custody of the prisoner is required to forward payments from the prisoner's account to the Clerk of the Court each time the amount exceeds $10.00 until the entire filing fee is paid. 28 U.S.C. § 1915(b)(2).

A prisoner is prohibited from proceeding in forma pauperis in a civil action or in an appeal if the prisoner has, on three or more occasions, while incarcerated, brought an action or appeal in a federal court that was dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious injury. 28 U.S.C. § 1915(g).

All prisoners must use only the financial affidavit forms available from the Office of the Clerk of this Court. Every question on the affidavit must be answered.

In order to be complete, the affidavit form must include:

1. A completed certificate, signed by an authorized officer at the Plaintiff's institution, which sets forth the current balance in the Plaintiff's inmate account and the average balance for the past six months;

2. A copy of the Plaintiff's inmate account statement for the six-month period immediately preceding the filing of the complaint which has been obtained from and certified by an authorized officer at the Plaintiff's institution, including any institutions in which the Plaintiff was incarcerated during the previous six months; and

3. A signed authorization allowing the Plaintiff's custodian to withdraw funds from his inmate account. 28 U.S.C. § 1915(a)(2).

**Drafting Pleadings:**

All pleadings must be typed or legibly hand-printed with no less than 2 spaces between lines. No single spacing is allowed. All pleadings must be on standard 8 ½ x 11 inch letter-sized paper. Any document, including attachments, submitted on paper exceeding this size will be returned. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

Rev. 6/27/13

## Requirements for Filing Pleadings:

All documents submitted for filing in cases filed with this Court:

1. Must include filing of the original document with the Court. If you wish to have extra copies marked "filed" and returned, you must provide the copies to be stamped and a self-addressed stamped envelope.

2. Must be typed or handwritten on 8 ½ x 11 inch letter-sized paper, double-spaced, including attachments and exhibits.

3. Discovery documents (interrogatories, requests for documents, requests for admissions, and responses thereto) are served upon the opposing party and NOT filed with the Court. Local Rule 225-3.

### DOCUMENTS NOT MEETING THESE REQUIREMENTS WILL BE REJECTED AND RETURNED BY THE CLERK.

"This information is provided as a service to the public. While the information deals with legal issues, it does not constitute legal advice. Due to the rapidly changing nature of the law and court procedures, we rely on some information provided by outside sources. Although we make every effort to ensure the information is correct, the Clerk's Office does not warranty or guarantee the accuracy of the information provided. If you have specific legal questions or concerns, we encourage you to consult an attorney who can address and advise you on the particular circumstances of your situation. In no event will the Clerk's Office be liable to any party in any way relating to the availability, use, reliance on or inability to use the provided information or forms, or for any claim attributable to errors, omissions or other inaccuracies in any information provided."

Rev. 6/27/13