CIVIL COVER SHEET FOR A PRISONER CASE    1:18-CV-2974

JUDGE Totenberg                             DIVISION Atlanta
MAG. JUDGE CTW                              IFP Yes    FEE No
DATE FILED 6·19·18                          PREVIOUS CASES Yes

NAME Matthew Washington                     I.D. # 390995
PRO SE Yes                ATTORNEY No
PLACE OF INCARCERATION Augusta State Medical Prison
CITY Grovetown        STATE GA       COUNTY Columbia

| JURISD. | NOS | CAUSE | DESCRIPTION |
|---|---|---|---|
| 3 | 530 | ___ 28:2254 | Habeas action by a State prisoner challenging state convictions or sentence. |
| 3 | 535 | ___ 28:2254d | Habeas action by a State prisoner under a DEATH sentence. ___ SEND TO DISTRICT JUDGE. |
| 3 | 530 | ___ 28:2241st | Habeas action by a State prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.). |
| 2 | 530 | ___ 28:2241fd | Habeas action by a Federal prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.). |
| 2 | 463 | ___ 28:2241fd | Habeas action by a Federal alien detainee. |
| 3 | 550 | ___ 42:1983pr | State or Federal prisoner civil rights action suing state officials not involving prison conditions. (A/K/A "Bivens action"). |
| 2 | 550 | ___ 28:1331pr | Prisoner civil rights action suing federal officials not Involving prison conditions. (A/K/A "Bivens actions"). |
| 3 | 555 | ___ 42:1983pr | State prisoner civil rights action involving prison conditions. |
| 2 | 555 | ___ 28:1331pr | Prisoner civil rights action suing Federal officials involving prison conditions. (A/K/A "Bivens action"). |
| 2 | 540 | ___ 28:1346 | Prisoner Federal Tort Claim. (Against U.S.) |
| 2 | 540 | ___ 28:1361pr | Action to compel U.S. officer to perform a duty MANDAMUS. |
| 4 | 540 | ___ 28:1332 | Any prisoner action based on diversity. |
|   | 540 |       | OTHER: |

___ DOCKET CLERK:   Place cover sheet in acco on top of docket sheet and file, and FORWARD to Magistrate Judge assigned for IFP and/or frivolity determinations.

___ STAFF LAW CLERK:
    ___ Pauper's affidavit insufficient or no affidavit
    ___ Complaint or petition not signed or is incomplete
    ___ No copies
    ___ Other: _____

AT
CTW
SO
42:1983pr

MATTHEW WASHINGTON
ASMP #390495
3001 Gordon HWY
GROVETOWN, GA 30813

1:18-CV-2974

CLERK
2211 U.S. COURThOUSE
75 TED TURNER DR. SW
ATLANTA, GA 30303



CLEARED
JUN 1 9 2018
U.S. ...

