IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MATTHEW WASHINGTON,<br>    Plaintiff, | : PRISONER CIVIL RIGHTS<br>: 42 U.S.C. § 1983<br>: |
| v. | : |
| O.J. SIMPSON,<br>    Defendant. | : CIVIL ACTION NO.<br>: 1:18-CV-2974-AT-LTW |

## FINAL REPORT AND RECOMMENDATION

Plaintiff is confined at Augusta State Medical Prison in Grovetown, Georgia. Plaintiff, pro se, filed a complaint under 42 U.S.C. § 1983 against O.J. Simpson. (Doc. 1.) Plaintiff also filed an application to proceed *in forma pauperis*. (Doc. 2.)

Plaintiff claims that "in light of new evidence[] we know that Mr Simpson did kill[] his wife. He should be judged insane for his inanity . . . [and] should be retried." (Doc. 1 at 3-4.) Those are the only allegations in Plaintiff's complaint.

Plaintiff has filed many frivolous lawsuits in the decades he has been imprisoned, which led to a filing injunction twenty years ago. *See Washington v. Alaimo*, 934 F. Supp. 1395, 1400 (S.D. Ga. 1996). The injunction prohibits Plaintiff from filing a lawsuit "in this or any other federal district court" unless he first pays the full filing fee, pays a $1,500 contempt bond, and submits an affidavit and a copy of the injunction order. *Id.* That injunction remains in effect. *See* Order, *Washington*

AO 72A
(Rev.8/82)

*v. West*, No. CV614-024 (S.D. Ga. May 6, 2014) (dismissing § 1983 suit Plaintiff filed without satisfying the injunction order's requirements).

Plaintiff did not comply with any of the terms of the injunction order when he filed this case. Indeed, Plaintiff has not complied with the injunction order in any of the numerous cases he has filed in this Court, resulting in dismissal of those cases. *See* Order, *Washington v. Trump*, No. 1:17-cv-4513-AT (N.D. Ga. Dec. 18, 2017); Order, *Washington v. Deal*, No. 1:16-cv-541-AT (N.D. Ga. Mar. 14, 2016); Order, *Washington v. Dep't of Veterans Affairs*, No. 1:16-cv-148-AT (N.D. Ga. Feb. 22, 2016); Order, *Washington v. Deal*, No. 1:15-cv-1061-AT (N.D. Ga. May 1, 2015); Order, *Washington v. Patel*, No. 1:15-cv-849-AT (N.D. Ga. Apr. 28, 2015); Order, *Washington v. Holt*, No. 1:14-cv-4131-AT (N.D. Ga. Jan. 30, 2015); Order, *Washington v. Dep't of Veterans Affairs*, No. 1:14-cv-4088-AT (N.D. Ga. Jan. 30, 2015); Order, *Washington v. State Bd. of Pardons and Paroles*, No. 1:14-cv-4010-AT (N.D. Ga. Jan. 30, 2015).

Moreover, Plaintiff's complaint in this case is frivolous, as Plaintiff cannot obtain relief under 42 U.S.C. § 1983 from a non-governmental official or use § 1983 to have someone retried in a criminal case. Courts must dismiss frivolous cases filed by prisoners. 28 U.S.C. § 1915A.

The Court should dismiss this case for those reasons. Accordingly, **IT IS RECOMMENDED** that this case be **DISMISSED WITHOUT PREJUDICE**.

**SO RECOMMENDED** this 25 day of June, 2018.

_____
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)