IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MATTHEW WASHINGTON, | :: | PRISONER CIVIL RIGHTS |
| Plaintiff, | :: | 42 U.S.C. § 1983 |
| | :: | |
| v. | :: | |
| | :: | |
| O.J. SIMPSON, | :: | CIVIL ACTION NO. |
| Defendant. | :: | 1:18-CV-2974-AT |

## **ORDER**

Plaintiff is confined at the Augusta State Medical Prison in Grovetown, Georgia. Plaintiff has been a state prisoner for decades and has filed, pro se, numerous lawsuits throughout that time. He has filed several in this Court in recent years, all of which the Court has dismissed. (Doc. 3 (collecting cases).)

Because of Plaintiff's long history of filing frivolous suits, a filing injunction was imposed against him over twenty years ago. *See Washington v. Alaimo*, 934 F. Supp. 1395, 1400 (S.D. Ga. 1996). The injunction prohibits Plaintiff from filing a lawsuit "in this or any other federal district court" unless he first pays the full filing fee, pays a $1,500 contempt bond, and submits an affidavit and a copy of the injunction order. *Id.* That injunction remains in effect. *See* Order, *Washington v. West*, No. CV614-024 (S.D. Ga. May 6, 2014) (dismissing § 1983 suit Plaintiff filed without satisfying the injunction order's requirements). The Court dismissed Plaintiff's earlier cases for failure to comply with the injunction order. (*See* Doc. 3.)

Plaintiff's is back, with a complaint that O.J. Simpson should be retried for allegedly killing his wife because Plaintiff believes Simpson is guilty. (Doc. 1.) Magistrate Judge Walker issued a Report and Recommendation ("R&R") that the complaint be dismissed as frivolous and for failure to comply with the injunction order. (Doc. 3.)

In response, Plaintiff filed objections, (doc. 8), a motion to add a prison physician as a defendant "for persecuting [Plaintiff] with mental health meds," (doc. 5 at 1), a motion "to add objection and history" that states Plaintiff is a Muslim, (doc. 6 at 1-2), and a motion for the Court "to correct its self" and "to correct the U.S. District Court, Southern District of GA," (doc. 7 at 1.) Plaintiff states in his objections to the R&R that "the American people can 'kiss my ass'" and "death to America." (Doc. 8 at 1.) None of Plaintiff's filings show any error in the R&R, excuse Plaintiff from the injunction order, or state a viable claim to relief.

After de novo review of Plaintiff's filings and the R&R, the Court finds the R&R correct in all respects. Accordingly, the Court **DENIES** Plaintiff's motions [5, 6, 7], overrules his objections [8], and **ADOPTS** the R&R [3] as the opinion of the Court. This case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this 16th day of July, 2018.

*/s/ Amy Totenberg*
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**

AO 72A
(Rev.8/82)